JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD GEVORGYAN, an individual; and<br>Plaintiff,<br>v.<br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 20, inclusive,<br>Defendants. | Case No. 2:26-CV-06931-SVW-CTS<br>Complaint Filed: May 19, 2026<br>*Civil Unlimited Jurisdiction*<br>*[Assigned to the Honorable Michael Small, Dept. 517]*<br>*District Judge: Stephen V. Wilson*<br>*Magistrate Judge: Christina T. Shay*<br>**~~[PROPOSED]~~ ORDER APPROVING THE JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the Joint Stipulation requesting voluntary dismissal of this action with prejudice, as executed by the above-captioned parties' counsel of record, and good cause appearing thereon, hereby ORDERS as follows:

1. Plaintiff EDUARD GEVORGYAN ("Plaintiff") action before this Court, which has been designated as Case Number 2:26-CV-06931-SVW-CTS is DISMISSED, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as to all of Plaintiff's claims for relief against Defendant State Farm General Insurance Company.

2. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Honorable Judge Stephen V. Wilson
United States District Judge